IDA EMMA DEHMER, as Executrix, etc., of HENRY DEHMER, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Jaycox, Manning and Kapper, JJ., concur; Kelly, P. J., and Young, J., dissent and vote to reverse because of error in permitting the three expert witnesses to testify to the cause of the accident, which was not a matter for expert evidence.

WILLIAM E. DUFF, Doing Business under the Name of WILLIAM E. DUFF COMPANY, Respondent, v. COMMERCIAL CABLE COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ROBERT H. ELDER, Appellant, v. PHILIP ROSENWASSER, Respondent. (Actions Nos. 1 and 2.) — Determination of the Appellate Term unanimously affirmed, with costs, upon the opinion of Mr. Justice Lazansky. [Reported in 121 Misc. Rep. 181.] Present — Kelly, P. J.,, Rich, Jaycox, Kelby and Young, JJ.

LILLIE FRANKENBUSH, Respondent, v. WESTCHESTER LIGHTING COMPANY and Another, Defendants, Impleaded with JAMES BUTLER, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

WILLIAM H. GIBSON, Respondent, v. BASIL H. GUNN, Appellant.— On reargument, judgment and order reversed upon the law, and a new trial granted, with costs to abide the event, for the reasons stated in our *per curiam* opinion heretofore filed. [See 206 App. Div. 464.] Kelly, P. J., Rich and Manning, JJ., concur; Kelby and Young, JJ., dissent.

BURTON M. HOVEY, Respondent, v. ALBERT J. KOBLER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

GRACE HUTAFF, Respondent, v. JOHN H. HUTAFF, Appellant.— Order reversed on the law and the facts, and motion denied, without costs, upon authority of *Safrin* v. *Safrin* (205 App. Div. 628) and *Horsch* v. *Horsch* (206 id. 710). Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Petition of HENRY ALBERS and Others, to Render and Settle Their Account as Executors, etc., of ANNA M. BRAASCH, etc., Deceased.— Order of the Surrogate's Court of Kings county reversed upon the law, with ten dollars costs and disbursements, and motion to correct decree granted, with ten dollars costs, payable out of the estate. The direction of the decree that the entire income from the real estate, one thousand, seven hundred and fifty-one dollars and forty-five cents, be distributed among the heirs at law was, in our opinion, plainly inconsistent with the decision of the surrogate that the real estate was equitably converted into personalty to the extent necessary to pay legacies, and this income should be divided between the heirs at law and the husband's estate in the same proportion that the proceeds of sale of the real estate was divided. The error in the decree was clearly inadvertent, and may, therefore, be corrected to conform to the decision. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur. Settle order on notice.

DAVID KARPEL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order setting aside verdict reversed on the facts, and verdict reinstated, with costs. In our opinion the verdict was justified by the evidence. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.